IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

RECEIVED

FEB 0 6 2023

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Daniel Bronson
(Enter Above the Name of the Plaintiff in this Action)

VS.

Southwest Ohio Regional Transit Authority
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

1:23CV069

JUDGE HOPKINS

MAGISTRATE JUDGE BOWMAN

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Daniel Bronson
Name - Full Name Please - PRINT

2000 Westwood Northern Blvd
Street Address

Cincinnati, Ohio, 45225
City, State and Zip Code

513-955-7561
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Southwest Ohio Regional transit Authority
   Name - Full Name Please

   525 Vine St Suite 500, Cincinnati Ohio 45202
   Address: Street, City, State and Zip Code

2. 

3. 

4. 

5. 

6. 

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

[X] Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Southwest Ohio Regional Transit Authority failed to provide seat belts on their public transportation service. I was Riding Southwest Ohio Regional Transit metro bus services on January 30, 2023, and there was no safety seat belts. This is a Direct violation of my 14th Amendment inside the United States Constitution.

On January 30, 2023 Southwest Ohio Regional Transit metro bus had Crashed into the sidewalk.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| 1:22-cv-192 | Bronson | vs. | KBS Auto Sales |
| 1:21-cv-711 | Bronson | vs. | Ohio |
| 1:22-cv-719 | Bronson | vs. | At your service towing |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I am wanting this Court to Compensate myself (Daniel Bronson) 2 million Dollars in United States Currency.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 31 day of January, 20 23.

_____
Signature of Plaintiff

-4-



