# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**Daniel Bronson,**
   **Plaintiff,**

-vs-                                                  Case No.  1:23-CV-69

**Southwest Ohio Regional Transit Authority,**
   **Defendant.**
_____

## JUDGMENT IN A CIVIL CASE

|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

### IT IS ORDERED AND ADJUDGED

the Court ADOPTS the Report and Recommendation in its entirety.  Accordingly, the Complaint (Doc. 4) is hereby DISMISSED with prejudice.

Date:  August 1, 2023                          Richard W. Nagel, CLERK


                                               By:s/Benjamin J. Codispoti

                                               Benjamin J. Codispoti,  Deputy Clerk